12-3726 (L)
Daikoku v. Holder

BIA
Nelson, IJ
A079 713 216

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th 29th day of April, two thousand fourteen.

PRESENT:
>        DENNIS JACOBS,
>        GUIDO CALABRESI,
>        DEBRA ANN LIVINGSTON,
>             *Circuit Judges.*

_____

ALEX R. DAIKOKU,
>        *Petitioner,*

>        v.                                    12-3726 (L),
>                                              13-1347 (Con)

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
>        *Respondent.*

_____

FOR PETITIONER:        Reuben S. Kerben (Lawrence S. Kerben, *on the brief*), New York, New York.

FOR RESPONDENT:        Julia J. Tyler, Trial Attorney, Office of Immigration Litigation; Stuart F. Delery, Assistant Attorney General; Shelley R. Goad, Assistant Director, U.S. Department of Justice, Washington D.C.

UPON DUE CONSIDERATION of these petitions for review of two Board of Immigration Appeals ("BIA") decisions, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review in 12-3726 (L) is DISMISSED, and the petition for review in 13-1347 (Con) is DENIED.

Petitioner Alex R. Daikoku, a native and citizen of Panama, seeks review of: (1) an August 23, 2012, decision of the BIA affirming the January 20, 2011, decision of Immigration Judge ("IJ") Barbara A. Nelson, denying him special rule cancellation of removal under 8 U.S.C. § 1229b(b)(2), *In re Alex R. Daikoku,* No. A079 713 216 (B.I.A. Aug. 23, 2012), *aff'g* No. A079 713 216 (Immig. Ct. N.Y. City Jan. 20, 2011); and (2) a March 12, 2013, decision of the BIA denying his motion to reopen. *In re Alex R. Daikoku,* No. A079 713 216 (B.I.A. Mar. 12, 2013). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Daikoku's petition from the agency's final order of removal (12-3726 (L)) does not challenge the agency's denial of his application for special rule cancellation of removal. The argument is that United States Citizenship and Immigration Services ("USCIS") intentionally delayed adjudication of his wife's visa petition, the IJ failed to correct that delay, and as a result, he was deprived of a due process right to apply for adjustment of status. We are without jurisdiction to consider Daikoku's claim in this petition because it was not exhausted on

2

appeal to the BIA. *See* 8 U.S.C. § 1252 (b)(4)(A), (d)(1); *see also James v. Mukasey*, 522 F.3d 250, 258-59 (2d Cir. 2008).

Daikoku's petition for review of the BIA's denial of his motion to reopen (13-1347 (Con)) raises no challenge to the BIA's dispositive bases for denying his motion: untimeliness and the absence of new evidence. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 541 n.1 (2d Cir. 2005). Those findings were not in error. *See* 8 U.S.C. § 1229a(c)(7)(B), (C)(i).

We need not consider the BIA's alternative ruling that Daikoku failed to demonstrate his *prima facie* eligibility to adjust status under 8 U.S.C. § 1255(i). *See INS v. Abudu*, 485 U.S. 94, 104-05 (1988). Daikoku cannot demonstrate the requisite prejudice because USCIS has denied his wife's visa petition, rendering him ineligible to adjust status. *See* 8 U.S.C. § 1255(i)(1), (2); *see also Garcia-Villeda v. Mukasey*, 531 F.3d 141, 149 (2d Cir. 2008).

For the foregoing reasons, the petition for review in 12-3726 (L) is DISMISSED and the petition for review in 13-1347 (Con) is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3